IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. IV) | : | MDL DOCKET NO. 875 |
| _____ | : | |
| FRANK K. WILLIAMS, JR., et al. | : | E.D. PA Civil Action No. |
| | : | 09-cv-70101 |
| v. | : | |
| | : | Transferor Court |
| LOCKHEED MARTIN CORPORATION, et al. | : | ED LA (New Orleans) |
| | : | 09-CV-065 |

**O R D E R**

AND NOW, this 9th day of September, 2013, after holding an evidentiary hearing on Defendant Lockheed's Motion to Disqualify Plaintiffs' Counsel and permitting additional briefing on the motion, for the reasons stated below, it is hereby **ORDERED** that:

(1) Lockheed's Motion to Re-Open the Evidentiary Hearing on Motion to Disqualify Plaintiffs' Counsel [Document #246] is **DENIED.**

(2) Lockheed's Motion to Disqualify Counsel [Document #167] is **GRANTED IN PART, DENIED IN PART.** Plaintiffs' Counsel will not be disqualified. Defendant Lockheed is awarded partial attorney fees and expenses in prosecuting its motion to disqualify in the amount of $10,000.00. The partial award of attorney fees and expenses is to be paid to Lockheed within twenty days of the date of this Order.

(3) Plaintiffs' Cross Motion for Sanctions for Lockheed's Refusal to Permit Richard C. Smith to Give Discovery Deposition [Document #193] is **DENIED.**

BY THE COURT:

S/M. FAITH ANGELL_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE